IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 MC 9 MR WCM

| | |
|---|---|
| IN THE MATTER OF THE REVIEW OF MATERIALS SEIZED FROM 11675 RAINWATER DRIVE, SUITE 220, ALPHARETTA, GEORGIA 30009 | ORDER |

This matter is before the Court on a Motion to Approve Transcription of Sealed Hearing (the "Motion," Doc. 53) filed by Inland Capital Management, LLC ("Movant"). By the Motion, Movant seeks authorization for the transcription of a sealed hearing held in this matter on June 14, 2021. Movant further states that it does not seek to make the transcript public and that the United States has no objection to the Motion.

For good cause shown, **IT IS HEREBY ORDERED** that:

1. The Motion to Approve Transcription of Sealed Hearing (Doc. 53) is **GRANTED**.

2. The court reporter is **RESPECTFULLY DIRECTED** to prepare a transcription of the hearing held on June 14, 2021 and provide it to counsel for Movant and the United States, as they may request.

3. The transcript shall remain under seal until further order of the Court.

Signed: June 24, 2021

W. Carleton Metcalf
United States Magistrate Judge