IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 MC 9 MR WCM

| | |
|---|---|
| IN THE MATTER OF THE REVIEW OF MATERIALS SEIZED FROM 11675 RAINWATER DRIVE, SUITE 220, ALPHARETTA, GEORGIA 30009 | ) ) ) ) ) ) **ORDER** |

This matter is before the Court on the Government's Unopposed Motion For Two Government Witnesses To Appear Via Videoconference. Doc. 56.

Inland Capital Management, the Respondent, does not oppose the Motion and the undersigned concludes that it should be allowed.

Accordingly, for the reasons stated therein, the Government's Unopposed Motion For Two Government Witnesses To Appear Via Videoconference (Doc. 56) is **GRANTED** and the Government's witnesses Jason Dowling and Benjamin Marks are permitted to appear at the hearing scheduled for July 20, 2021 by videoconference.

It is so ordered.

Signed: July 8, 2021

W. Carleton Metcalf
United States Magistrate Judge