IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 MC 9 MR WCM

| | |
|---|---|
| IN THE MATTER OF THE REVIEW OF MATERIALS SEIZED FROM 11675 RAINWATER DRIVE, SUITE 220, ALPHARETTA, GEORGIA 30009 | ORDER |

This matter is before the Court on Inland Capital Management's Unopposed Motion for Witnesses to Appear Via Videoconference. Doc. 60.

The Government does not oppose the Motion and the undersigned concludes that it should be allowed.

Accordingly, for the reasons stated therein, Inland Capital Management's Unopposed Motion for Witnesses to Appear Via Videoconference (Doc. 60) is **GRANTED** and witnesses Beth Gavin and Gale Deutsch are permitted to appear at the hearing scheduled for July 20, 2021 by videoconference.

It is so ordered.

Signed: July 16, 2021

W. Carleton Metcalf
United States Magistrate Judge