IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 MC 9 MR WCM

| | |
|---|---|
| IN THE MATTER OF THE REVIEW ) <br> OF MATERIALS SEIZED FROM ) <br> 11675 RAINWATER DRIVE, SUITE 220, ) <br> ALPHARETTA, GEORGIA 30009 ) <br> ) | ORDER |

This matter is before the Court on a Joint Motion to Approve Transcription of Sealed Hearing (the "Motion," Doc. 64), through which the parties seek authorization for the transcription of a hearing held in this matter on July 20 and 21, 2021.

The parties do not seek to make the transcript public; however, they do ask for permission to use the transcript and its contents in proceedings under seal before the United States District Court for the Northern District of Georgia. Further, the parties agree that any use of the transcript of the July 20-21, 2021 proceedings in the Northern District of Georgia will be under seal unless otherwise ordered.

As the parties have informed the undersigned that related proceedings, also under seal, are being or will be conducted in the Northern District of Georgia, and the Government has stated that it "has decided to transfer and consolidate the WDNC investigation with the NDGA investigation, and solely conduct the grand jury investigation in the NDGA," Doc.46 at 2, it appears that

the parties and the court in the Northern District of Georgia may benefit from the requested transcript.

**IT IS THEREFORE ORDERED** that:

1. The Joint Motion to Approve Transcription of Sealed Hearing (Doc. 64) is **GRANTED**.

2. The court reporter is **RESPECTFULLY DIRECTED** to prepare a transcription of the hearing held on July 20-21, 2021. Said transcript may be obtained by counsel for Inland Capital Management and the United States, as they may request.

3. The transcript shall remain under seal until further order of the Court.

4. The parties are **GRANTED LEAVE** to disclose the transcript under seal to the United States District Court for the Northern District of Georgia.

Signed: July 30, 2021

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge