IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 MC 9 MR WCM

| | |
|---|---|
| IN THE MATTER OF THE REVIEW ) | |
| OF MATERIALS SEIZED FROM ) | ORDER |
| 11675 RAINWATER DRIVE, SUITE 220, ) | |
| ALPHARETTA, GEORGIA 30009 ) | |
| ) | |

This matter is before the Court on the United States' Unopposed Motion to Share this Court's Memoranda and Recommendations with the Northern District of Georgia (the "Motion," Doc. 76). Specifically, the United States requests that the undersigned's September 22, 2021 Memorandum and Recommendations (Doc. 68) and related Order (Doc. 69) be unsealed "for the limited purpose of disclosing the records to District Judge William M. Ray, II, and any other Judge in the Northern District of Georgia to whom disclosure of [these materials] is relevant." Doc. 76 at 1.

The United States represents that Inland Capital Management agrees that the parties should be allowed to share these materials with the Northern District of Georgia. Id. at 2. Additionally, the United States explains that "[n]early identical issues to those raised before this Court are the subject of litigation in the Northern District of Georgia," and that a hearing in that court is scheduled to be held on November 1, 2021. Id.

1

For the reasons set forth in the Motion, the undersigned finds that the United States' request should be allowed.

**IT IS THEREFORE ORDERED** that the United States' Unopposed Motion to Share this Court's Memoranda and Recommendations with the Northern District of Georgia (Doc. 76) is **GRANTED AS FOLLOWS**:

(1) The parties are **GRANTED LEAVE** to share the September 22, 2021 Memorandum and Recommendation (Doc. 68) and Order (Doc. 69) with the United States District Court for the Northern District of Georgia.

(2) The September 22, 2021 Memorandum and Recommendation (Doc. 68) and Order (Doc. 69) are **UNSEALED** for the limited purpose of allowing the parties to provide these materials to the United States District Court for the Northern District of Georgia. In all other respects, these materials shall remain sealed in this district, pending further order of the Court.

Signed: October 28, 2021

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge